IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   19-cv-02475-CMA-NYW

KATIE CORRIGAN,

    Plaintiff,

vs.

BOARD OF TRUSTEES OF THE METROPOLITAN STATE UNIVERSITY OF DENVER,
DAVE HADEN, individually and in his official capacity,
BRIAN BAGWELL, individually and in his official capacity,
LYNANN BUTLER, individually and in her official capacity, and
LORI KESTER, individually and in her official capacity,

    Defendants.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order (Doc. 30) by Judge Christine M. Arguello entered on July 1, 2020, it is

ORDERED that judgment is hereby entered in favor of Defendants, Board of Trustees of the Metropolitan State University of Denver, Dave Haden, Brian Bagwell, Lynann Butler, and Lori Kester, and against Plaintiff Katie Corrigan.   It is

FURTHER ORDERED that this case is dismissed with prejudice in part and without prejudice in part.

Dated at Denver, Colorado this 1st day of July, 2020.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By:   s/C. Pearson, Deputy Clerk

Case No. 1:19-cv-02475-CMA-NYW   Document 31   filed 07/01/20   USDC Colorado   pg 2 of 2